UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| **GARY MCLAUGHLIN** individually and on behalf of all others similarly situated, | § § § § | Docket No. 1:17-cv-255-NBF |
| Plaintiff, | § § § | |
| v. | § § | JURY TRIAL DEMANDED |
| **SENECA RESOURCES CORPORATION** | § § § | COLLECTIVE ACTION |
| Defendant. | § § § | PURSUANT TO 29 U.S.C. § 216(b) |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION TO APPROVE COLLECTIVE ACTION SETTLEMENT**

Having considered the Plaintiff's Unopposed Motion to Approve Collective Action Settlement, the Court is of the opinion that it should be GRANTED.

It is therefore ORDERED that the Parties' Settlement Agreement is APPROVED.

It is further ORDERED that this case and all claims asserted in this case by all Plaintiffs and Opt-in Plaintiffs are DISMISSED WITH PREJUDICE, each Party to bear its own costs.

 December 7, 2018                              *Susan Paradise Baxter*
Date                                                  United States District Judge
                                                         Susan Paradise Baxter